# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

UNITED STATES OF AMERICA,

                 Plaintiff,

vs.

GREGORY J. OLSON,

                 Defendant.

2:12-cr-00327-APG-VCF

**ORDER**

Before the court is the Notice of Association of Associate Counsel (#86).

IT IS HEREBY ORDERED that a hearing on Notice of Association of Associate Counsel (#86) is scheduled for 11:00 a.m., December 7, 2015, in courtroom 3D.  Mr. Daniel B. Heidtke must be present at the hearing.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 23rd day of November, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE