Kathleen Bliss (SBN 7606)
**KATHLEEN BLISS LAW GROUP, PLLC**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: +1 702 868 2600
Fax: +1 702 385 6862
E-mail:kb@kathleenblisslaw.com
Attorneys for Defendant

Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: +1 702 868 2600
Fax: +1 702 385 6862
E-mail:dcanderson@duanemorris.com
         dbheidtke@duanemorris.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:12-cr-327-APG-VCF |
| **Plaintiff,** | |
| v. | **STIPULATION TO CONTINUE HEARING ON NOTICE OF ASSOCIATION OF COUNSEL AND FOR TELEPHONIC APPEARANCE OF DEFENDANT OLSON** |
| **GREGORY J. OLSON,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Gregg Damm, Assistant United States Attorney, counsel for the United States of America, and Kathleen Bliss, counsel for Gregory J. Olson; that the hearing on December 7, 2015, at 11:00 A.M., relating to the Notice of Association of Counsel (**Doc. 86**), be vacated and set to a date and time convenient to this Court; however, no earlier than December 8, 2015. The parties also STIPULATE AND AGREE, and respectfully request, that Mr. Olson appear telephonically as he is currently not incarcerated, but instead is living out-of-state.

This stipulation is entered into for the following reasons:

1. This Court ordered that Mr. Heidtke be present for the hearing on December 7, 2015, but Mr. Heidtke is presently unavailable and outside of Las Vegas on that date;

2. This Court ordered Mr. Olson to be present with the U.S. Marshals transporting Mr. Olson to and from the hearing on this matter, however, Mr. Olson is currently not incarcerated, but is living out-of-state, and does not object to appearing telephonically for this hearing;

3. Trial is set for this matter on March 7, 2016, thus delaying the December 7, 2015, hearing until after December 8, 2015, will not impact the scheduling of the trial of this matter; and

4. This is the first stipulation to continue the December 7, 2015 hearing.

DATED this 25th day of November, 2015.

By:    /s/ Kathleen Bliss
          KATHLEEN BLISS
          Attorney for Defendant Gregory J. Olson

By:    /s/ J. Gregg Damm
          J. GREGG DAMM
          Attorney for Plaintiff
          United States of America

## *ORDER*

IT IS THEREFORE ORDERED, that the hearing presently scheduled for December 7, 2015 concerning the Notice of Association of Counsel is vacated and rescheduled to the 16th day of December, 2015, at 10:00 a.m.

IT IS FURTHER ORDERED that, pursuant to the stipulation of the parties and consent of Mr. Olson, Mr. Olson may appear telephonically for the hearing on the Notice of Association of Counsel. The call in telephone number is 702-868-4911, access code 123456.

DATED this 25th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE