**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-327-APG-(VCF) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| GREGORY J. OLSON, | ) | |
| Defendant. | ) | |

This Court finds that defendant GREGORY J. OLSON pled guilty to Counts One through Five of a Five-Count Criminal Indictment charging him in Count One with Wire Fraud in violation of Title 18, United States Code, Section 1343 and in Count Two through Five with Income Tax Evasion in violation of Title 26, United States Code, Section 7206(1). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 127; Change of Plea, ECF No. 129.

This Court finds defendant GREGORY J. OLSON agreed to the imposition of the in personam criminal forfeiture money judgment of $200,000 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment, not to be held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 127; Change of Plea, ECF No. 129.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense, and is subject to

forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c).

This Court finds that GREGORY J. OLSON shall pay an in personam criminal forfeiture money judgment of $200,000 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GREGORY J. OLSON an in personam criminal forfeiture money judgment of $200,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: May 12, 2016.

_____
UNITED STATES DISTRICT JUDGE