# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00327-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY J. OLSON, | |
| Defendant. | |

Based on the parties' responses to my Order to Show Cause, I decline to enter an order allowing the Probation Office to access the sealed state court criminal records of defendant Gregory Olson. By this ruling, I make no determination whether information regarding the state court prosecution of Mr. Olson is relevant to his sentencing in this case or will be excluded from my consideration. Rather, I am simply honoring the state court's earlier order refusing to unseal the state court record.

DATED this 27th day of July, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE