1 | KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
2 | kb@kathleenblisslaw.com
JASON HICKS, ESQ.
3 | Nevada Bar No. 13149
jh@kathleenblisslaw.com
4 | KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
5 | Las Vegas, Nevada 89101
Telephone: 702.793.4202
6 | Facsimile: 702.793.4001

7 | *Attorneys for Gregory Olson*

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 |

11 | UNITED STATES OF AMERICA,          CASE NO.:   2:12-cr-00327-APG-VCF

12 |                    Plaintiff;

13 |          vs.                       **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING**

14 | GREGORY J. OLSON,

15 |                    Defendant.

16 |

17 |          Gregory Olson, by and through his counsel of record, Kathleen Bliss, Esq., and Jason

18 | Hicks, Esq., of the law firm Kathleen Bliss Law PLLC; and the United States of America, by and

19 | through Assistant United States Attorney Daniel Cowhig, hereby stipulate and request that the

20 | Court vacate Mr. Olson's sentencing hearing currently set for August 18, 2016, and continue it to

21 | a later time convenient to the Court, but not less than thirty (30) days from the current setting.  This

22 | stipulation is made and based upon the following:

23 |          1.  On May 9, 2016, Mr. Olson entered a plea of guilty to the Indictment charging him

24 |              with one count of wire fraud in violation of 18 U.S.C. § 1343, and four counts of

25 |              income tax invasion in violation of 26 U.S.C. § 7206(1).  ECF Nos. 126, 127.  The

26 |              Court set Mr. Olson's sentencing hearing for August 18, 2016.

27 |          2.  Mr. Olson is at liberty pending sentencing.

28 |          3.  Counsel for Mr. Olson believes there are numerous sentencing issues that must be

*(Left margin vertical text)* **KATHLEEN BLISS LAW PLLC**
400 S. 4TH ST., SUITE 500
LAS VEGAS, NEVADA 89101
TEL: 702.793.4202  FAX: 702.793.4001

considered by this Court.  Mr. Olson will be filing a sentencing memorandum, however requests additional time to research and prepare said memorandum.

4. The additional time requested by this stipulation is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule."

5. This is the first request for a continuance of the sentencing.  The additional time requested herein is not sought for purposes of delay.

6. Denial of this request for a continuance would deny counsel for Mr. Olson sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 8th day of August 2016.

/s/ Daniel Cowhig_____
DANIEL COWHIG
Counsel for the United States

Kathleen Bliss_____
KATHLEEN BLISS
Counsel for Gregory Olson

**ORDER**

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Olson's sentencing hearing currently set for August 18, 2016, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for ___October 6___, 2016, at the time of _9:30 a.m._ in courtroom _6C_.

DATED: __August 9, 2016___

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

KATHLEEN BLISS LAW PLLC
400 S. 4TH ST., SUITE 500
LAS VEGAS, NEVADA 89101
TEL: 702.793.4202 FAX: 702.793.4001