```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         FEB 2 2 2017

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-327-APG-(VCF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| GREGORY J. OLSON, | |
| Defendant. | |

This Court found that Gregory J. Olson shall pay the in personam criminal forfeiture money judgment of $200,000 not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 127; Change of Plea, ECF No. 129; Preliminary Order of Forfeiture, ECF No. 131.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Gregory J. Olson the in personam criminal forfeiture money judgment of $200,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 22ⁿᵈ day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE