UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY J. OLSON,<br><br>Defendant. | Case No.: 2:12-cr-00327-APG-VCF<br><br>U.S.C.A. Case No. 17-10103<br><br>**ORDER REGARDING DEFENDANT'S REQUEST FOR APPELLATE COUNSEL** |

On April 8, 2017, the Ninth Circuit ordered defendant Olson to retain counsel, file a motion for appointment of counsel, or inform that court of his preference to proceed pro se. On April 13, 2017, this court received Olson's letter requesting appointment of counsel for the purposes of his appeal. ECF No. 164. Pursuant to this court's First Amended Special Order No. 86, the district court loses jurisdiction to enter orders appointing counsel upon the filing of a Notice of Appeal. Moreover, the Ninth Circuit's April 8 Order suggests that the motion for counsel should have been filed with the Ninth Circuit. Therefore, I cannot appoint appellate counsel for Olson. That must come from the Ninth Circuit.

IT IS HEREBY ORDERED defendant Olson's request for appointment of counsel is transferred to the Ninth Circuit Court of Appeals for decision.

DATED this 21st day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE