UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY J. OLSON,<br><br>Defendant. | Case No. 2:12-cr-00327-APG-VCF<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR RDAP REFERRAL**<br><br>(ECF No. 192) |

Defendant Gregory Olson submitted a letter requesting that I issue a referral for a diagnostic interview and treatment in the Bureau of Prison's Residential Drug Abuse Program (RDAP). I deny that request. The Probation Office prepared a Presentence Investigation Report (PSR) that I relied upon in sentencing Olson. That PSR was based on research conducted by the Probation Officer and an interview he conducted with Olson and his lawyer. Olson did not disclose any addiction to alcohol or drugs despite several opportunities to do so, and his criminal history reveals no indication of alcohol or drug abuse. I do not have sufficient, verifiable information to justify recommending Olson to the RDAP program. If the Bureau of Prisons has sufficient information to allow Olson to participate in the RDAP program, I would defer to the Bureau's decision.

IT IS THEREFORE ORDERED that defendant Olson's letter request that I recommend him to the RDAP program (ECF No. 192) is denied.

DATED this 18th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE