# UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA

              Plaintiff,

v.

Gregory J. Olson

              Defendant.

JUDGMENT

Case Number: 2:12-cr-00327-APG-VCF

(Related case: 2:18-cv-01995-APG)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying 2255 motion to vacate. Certificate of Appealability is granted solely as to the issue whether a Sixth Amendment right to effective counsel attaches to a pre-indictment formal plea offer and negotiation.

| August 2, 2019 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

                                               /s/ J. Matott
                                            Deputy Clerk