# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00327-APG |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| GREGORY J. OLSON, | |
| Defendant | |

I HEREBY ORDER the clerk of court to forward a copy of ECF No. 232 (Sealed Answer of Garnishee) to AUSA Cybill Dotson.

I FURTHER ORDER the United States to respond to Greg Olson's request for transfer and for hearing (ECF No. 233 at 2) by August 27, 2025.

DATED this 21st day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE