# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>GREGORY J. OLSON,<br><br>　　Defendant,<br><br>And<br><br>NORTH COUNTY OIL,<br>　　Garnishee | Case No.: 2:12-cr-00327-APG<br><br>**Order Transferring Case to the District of North Dakota** |

The United States applied for a writ of continuing garnishment, which was issued. ECF Nos. 228, 229. Garnishee North County Oil filed an answer to the writ. ECF No. 232. Defendant Gregory Olson filed an affidavit requesting, among other things, a hearing on the writ and the transfer of this case to Bismarck, North Dakota, where he lives. ECF No. 233 at 2. The United States does not oppose a hearing or a transfer. ECF No. 235 at 2. Transfer is required and appropriate under 28 U.S.C. § 3004(b)(2).

I THEREFORE ORDER that this case is transferred to the District of North Dakota.

DATED this 28th day of August, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE